IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE L. FERNANDEZ,

        Plaintiff,                       CIV. NO. S- 10-3442 GEB GGH PS

    vs.

LOS RIOS COMMUNITY COLLEGE DISTRICT,

        Defendant.                   ORDER
_____/

        Defendant's motions to dismiss and to strike presently are calendared for hearing on July 14, 2011. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motions. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motions. See E.D. Cal. L.R. 230(g).

        Accordingly, IT IS ORDERED that:

        1. The July 14, 2011 hearing on the motions to dismiss and to strike, filed May 9, 2011, is vacated; and

////

////

////

2.  The motions are submitted on the record.

DATED: July 7, 2011

            /s/ Gregory G. Hollows
            UNITED STATES MAGISTRATE JUDGE

GGH:076:Fernandez3442.vac.wpd